# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN N. SCOTT, | |
| Plaintiff, | CIVIL ACTION NO. 3:03-CV-0651 |
| v. | |
| U.S. DEPARTMENT OF JUSTICE, et al., | (JUDGE CAPUTO) |
| Defendants. | |

## **MEMORANDUM ORDER**

Presently before the Court is Magistrate Judge Malachy E. Mannion's Report and Recommendation (Doc. 27), and Plaintiff's untimely filed Objections to Magistrate's Recommendation (Doc. 33). Plaintiff was twice granted additional time to file his objections to Magistrate Judge Malachy E. Mannion's Report and Recommendation. (*See* Docs. 29, 32.) Plaintiff's objections were due May 31, 2005. (Doc. 32.) However, they were not filed until June 7, 2005. (Doc. 33.) As such, Plaintiff's untimely objections will be dismissed.

The failure to file timely objections permits the Court to review the Report and Recommendation for clear error and manifest injustice and then adopt without a formal opinion. *Cont'l Cas. Co. v. Dominick D'Andrea, Inc.*, 150 F.3d 245, 250 (3d Cir. 1998) ("[T]he district judge need take no time reviewing the matter unless a party objects to the order.").

Magistrate Judge Mannion recommended that the Court grant Defendants' Motion for Summary Judgment (Doc. 20).

1

**NOW**, this ___2nd___ day of November, 2005, upon review of Magistrate Judge Malachy E. Mannion's Report and Recommendation (Doc. 27) for clear error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) Plaintiff's untimely filed Objections to Magistrate's Recommendation (Doc. 33) is **DISMISSED**.

(2) The Report and Recommendation (Doc. 27) is **ADOPTED**.

(3) Defendants' Motion for Summary Judgment (Doc. 20) is **GRANTED**.

(4) The Clerk of the Court shall mark this case **CLOSED**.

    /s/ A. Richard Caputo
A. Richard Caputo
United States District Judge